IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30499
Summary Calendar
_____


HENRY JAMES,

                                    Plaintiff-Appellant,


versus


KAY BATES, Commissioner at Nineteenth JDC;
BOB HESTER, Judge at 19th JDC; MICHAEL MCDONALD,
Judge at 19th JDC,

                                    Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 96-CV-27-B-M1
- - - - - - - - - -
August 14, 1996
Before DAVIS, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     Henry James, a former Louisiana state prison inmate, seeks

injunctive relief against five state judges and a court

commissioner, relative to two pro se actions which were dismissed

in October 1985.  The district court did not abuse its discretion

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

by dismissing James's federal lawsuit as frivolous, because it constitutes an impermissible "attempt to collaterally attack the validity of [the state court judgments]."  See Chrissy F. by Medley v. MS Dept. of Pub. Welfare, 995 F.2d 595, 599 (5th Cir. 1993)(citation and quotation marks omitted), cert. denied, 114 S. Ct. 1336 (1994).

JUDGMENT AFFIRMED.